1
2
3
4
5
6
7

8                      UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11
   IN RE:  STEVEN WAYNE BONILLA                No. 2:25-cv-02763-WBS-CSK
12                                             No. 2:25-cv-02764-WBS-CSK

13                                             No. 2:25-cv-02769-WBS-CSK

14                                             No. 2:25-cv-02771-WBS-CSK

15                                             No. 2:25-cv-02772-WBS-CSK

16                                             No. 2:25-cv-02773-WBS-CSK

17                                             No. 2:25-cv-02777-WBS-CSK

18                                             No. 2:25-cv-02778-WBS-CSK

19                                             No. 2:25-cv-02779-WBS-CSK

20                                             No. 2:25-cv-02781-WBS-CSK

21
22
23                                             **ORDER**

24
25

26         Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the

27   above-captioned civil actions.  On November 29, 2018, the Court declared Plaintiff a vexatious

28   litigant and ordered the Clerk of the Court not to file or assign a civil case number to any

                                             1

1  proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in

2  Alameda County.  (See Bonilla v. Fresno County, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.

3  13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of

4  the Court to open a new case for each attempted new pleading and assign it to the Court for

5  review.  (Id. at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's

6  Alameda County criminal conviction, the case will be ordered dismissed and closed.  (Id.)

7          The Court has reviewed the complaints/petitions filed in the above-captioned cases and

8  finds they are related to Plaintiff's Alameda County criminal conviction.

9          Accordingly, IT IS HEREBY ORDERED that 2:25-cv-02763, 2:25-cv-02764, 2:25-cv-

10  02769, 2:25-cv-02771, 2:25-cv-02772, 2:25-cv-02773, 2:25-cv-02777, 2:25-cv-02778, 2:25-cv-

11  02779 and 2:25-cv-02781 are DISMISSED; the Clerk of the Court is directed to close these cases.

12  No further filings will be accepted.

13  Dated:  October 22, 2025

        WILLIAM B. SHUBB
        UNITED STATES DISTRICT JUDGE

2